The Law Office of
James M. Branden
551 Fifth Avenue
New York, New York 10176
Tel. 212-286-0173
Fax 212-286-0495

November 6, 2018

Hon. Cathy Seibel
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

    Re: United States v. Damita Williams
      Cr. Docket No. 17-364-22 (CS)

Dear Judge Seibel:

  I represent Ms. Williams in the above-referenced matter. On July 28, 2018, Ms. Williams pleaded guilty to witness tampering. She is scheduled to be sentenced on November 27, 2018. I write to request an adjournment of her sentencing because I will be out of town from November 10-17, at the time her sentencing submission is due, and because I am still gathering background material and character letters on her behalf. I request a three-week adjournment and I am available December 18-21 at any time.

  This is the first request for an adjournment of sentencing.

            Respectfully submitted,

            */s/ James M. Branden*
            James M. Branden